UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM T. WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cv-02433-JCM-LRL |
| v. ) | |
| ) | **MINUTE ORDER** |
| DEPARTMENT OF VETERANS AFFAIRS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | Dated:   September 7, 2011 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino    RECORDER:           None

COUNSEL FOR PLAINTIFF(S):           None Appearing

COUNSEL FOR DEFENDANT(S):           None Appearing

    This case comes before the court on defendants' Motion to Extend Discovery and to Continue the Trial (#52). The court has considered the motion and plaintiff's response (#54). Good cause appearing,

    IT IS ORDERED that to the extent defendants' Motion to Extend Discovery and to Continue the Trial (#52) seeks to extend discovery, it is granted as follows: discovery shall be extended to December 14, 2011; dispositive motions shall be filed by January 13, 2012; the Joint Pretrial Order shall be filed by February 13, 2012.

    Because no trial date has yet been set,

    IT IS FURTHER ORDERED that to the extent the motion (#52) seeks to continue the "existing trial date," it is denied.

    Also before the court is defendants' Motion to Compel (#50). Plaintiff has not responded to the motion. His failure to do so constitutes his consent to the granting of the motion. LR 7-2(d). Accordingly, and for good cause otherwise shown,

    IT IS ORDERED that defendants' Motion to Compel (#50) is granted. Plaintiff shall forthwith sign the HIPAA authorization form before a licensed notary public and provide the signed and notarized HIPAA authorization form to defendants not later than September 19, 2011..

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**