# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM T. WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cv-02433-JCM -VCF |
| v. ) | |
| ) | **O R D E R** |
| DEPARTMENT OF VETERANS AFFAIRS*, et al.*) | |
| ) | |
| Defendants. ) | |

Before the court is *pro se* plaintiff William T. Webster's Motion For Pro Se Litigant To File Electronically (#59). The plaintiff requests an order granting him permission to utilize the court's electronic filings system so that he can "have the same advantage as the [d]efendants' counsel who already has the ability to submit certain Court documents by e-mail." (#59).

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff William T. Webster's Motion For Pro Se Litigant To File Electronically (#59) is GRANTED **with the following provisions**:

1. On or before November 21, 2011, Plaintiff, William T. Webster must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.

2. Plaintiff, William T. Webster is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

. . .

. . .

3.     Upon timely filing of the certification, Plaintiff William T. Webster shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS FURTHER ORDERED that failure to adhere to the requirements set forth in this order will result in a denial of the Motion For Pro Se Litigant To File Electronically (#59).

DATED this 21st day of October, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2